# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08-CV-5673                                Date Filed: _____

**Plaintiff:**
**William Gordon DIN#95A0033**

vs.

**Defendant:**
**George Alexander, Chairman of the New York State Division of Parole and The New York State Division of Parole**

**State of New York, County of Albany)ss.:**

Received by American Clerical Service to be served on **The New York Division Of Parole, 97 Central Ave., Albany, NY.**

I, J.R. O'Rourke, being duly sworn, depose and say that on the **30th day of June, 2008 at 3:45 pm, I:**

Served the within named agency by delivering a true copy of the **Civil Cover Sheet, Summons and Complaint** to Robin Filmer as Administrative Assistant of the within named agency, who advised Deponent that they are authorized to accept service of said legal documents

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 140, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 1st day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb 28, 2010

J.R. O'Rourke
Process Server

**American Clerical Service**
116 John St.
32nd Floor
New York, NY  10038
(212) 233-4040
Our Job Serial Number: 2008002394
Ref: VL35141

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f