UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                   :

WILLIAM GORDON, DIN # 95A0033, et al.,    :   ORDER ON DEFENDANTS'
                                  :   LETTER MOTION FOR
                Plaintiffs,        :   EXTENSION OF TIME
                                  :   TO FILE ANSWER

         -against-                :   08-CV-05673 (SAS)

GEORGE ALEXANDER, CHAIRMAN OF      :
THE NEW YORK STATE DIVISION OF        :
PAROLE, et al.,                           :

              Defendants.        :
------------------------------------------------------------x




       Upon consideration of the Defendants' Letter Motion for Extension of Time to File Answer, dated July 16, 2008,

       IT IS HEREBY ORDERED that:

       1.    Defendants' Letter Motion for Extension of Time to File Answer is GRANTED.

       2.    The Clerk of Court is ordered to reset the deadline for Defendants' Answer from July 21, 2008, to August 28, 2008.

*no further extensions*

IT IS SO ORDERED.

                                                  SHIRA A. SCHEINDLIN
                                                  United States District Judge

Dated:    New York, New York
             July 17, 2008



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Telephone No.
(212) 416-6536

ANDREW M. CUOMO
Attorney General

DIVISION OF STATE COUNSEL
Litigation Bureau

July 16, 2008

**BY HAND DELIVERY**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

      Re:   William Gordon, et al. v. George Alexander, et al.
              08-CV-05673 (SAS)

Dear Judge Scheindlin:

      I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for the defendants George Alexander, Chairman of the New York State Division of Parole, and the New York State Division of Parole. The defendants' deadline to respond to the above-referenced 42 U.S.C. § 1983 civil rights complaint is July 21, 2008, but their affidavits of service were only filed on July 11, 2008. Because I have only recently been assigned this case, and have yet to receive any of the records, I respectfully request a brief extension of time to respond to the complaint until August 28, 2008, to allow for our receipt of the records, and for discussion with our clients. I am attaching the proposed order for this extension.

      This is my first request for an extension. I have contacted plaintiffs' counsel concerning this request, and he has consented to this extension. Thank you for your consideration.

                                              Respectfully submitted,

                                              */s/ Frederick Wen*

                                              FREDERICK H. WEN (FW-7588)
                                              Assistant Attorney General
                                              120 Broadway
                                              New York, NY 10271
                                              (212) 416-6536

cc (by U.S. Mail):     Stephen N. Dratch, Esq.
Franzblau Dratch, P.C.
354 Eisenhower Parkway, Plaza One
Livingston, NJ 07039