UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM GORDON, DIN # 95-A-0033; ANDRE COMBS, DIN # 74-B-0737; ROBERT DIDONATO, DIN # 97-A-4213; DELANO BROWN, DIN # 81-A-4887, suing on behalf of themselves and all others similarly situated,

*Plaintiffs*,

-v-

GEORGE ALEXANDER, Chairman of the New York State Division of Parole; and THE NEW YORK STATE DIVISION OF PAROLE,

*Defendants*.

**NOTICE OF MOTION
TO DISMISS**

08 Civ. 5673 (SAS)

(Electronically Filed)

---

TO:   Stephen N. Dratch
      Franzblau Dratch, P.C.
      Plaza One
      354 Eisenhower Parkway
      P.O. Box 472
      Livingston, NJ 07039-0472

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, defendants, by their attorneys, will move for an order pursuant to FRCP 12(b)(1) and 12(b)(6) dismissing the claims asserted against them.

Please take further notice that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda must be served within ten business days after service of these moving papers, unless a different schedule is Ordered by the Court.

Dated: New York, New York
      August 28, 2008

                         ANDREW M. CUOMO
                         Attorney General of the State of New York
                         <u>Attorney for Defendants</u>
                         By:

                         _____/s/_____
                         Daniel A. Schulze
                         Frederick H. Wen
                         Assistant Attorneys General
                         120 Broadway - 24th Floor
                         New York, New York  10271
                         (212) 416-6557

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the following papers:

(1)  **NOTICE OF MOTION TO DISMISS**;

(2)  **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**,

on August 28, 2008 upon plaintiffs' attorney by causing the papers to be promptly filed in accordance with the ECF Rules of the Southern District of New York, and by enclosing a copy of the papers in a properly addressed package, and mailing the package by U.S. First-Class Mail, postage prepaid, to the following address:

Stephen N. Dratch
Franzblau Dratch, P.C.
Plaza One
354 Eisenhower Parkway
P.O. Box 472
Livingston, NJ 07039-0472

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2008.

_____/s/_____
Daniel Schulze