UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
WILLIAM GORDON, DIN #95-A-0033; ANDRE                       :
COMBS, DIN #74-B-0737; ROBERT                               :
DIDONATO, DIN #97-A-4213; DELANO                            :
BROWN, DIN #81-A-4887, suing on behalf of                   :
themselves and all others similarly situated,               :    **NOTICE OF APPEARANCE**
                                                            :
               Plaintiffs,                :
                                                            :
           - against -                                 :    08-CV-05673 (SAS)
                                                            :
GEORGE ALEXANDER, Chairman of the New                       :
York State Division of Parole; and THE NEW                  :
YORK STATE DIVISION OF PAROLE,                              :
                                                            :
               Defendants.                 :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned appears in this action as lead attorney of record on behalf of defendants George Alexander, Chairman of the New York State Division of Parole, and The New York State Division of Parole.  All papers are to be served upon counsel at the address indicated below.

Dated:  New York, New York　　　　　　ANDREW M. CUOMO
       August 29, 2008　　　　　　　　　　Attorney General of the
                                                 State of New York
                                            Attorney for Defendants
                                            120 Broadway
                                            New York, New York 10271

                      By:　　s/ Frederick Wen
                            FREDERICK H. WEN (FW-7588)
                            Assistant Attorney General
                            120 Broadway
                            New York, New York 10271
                            (212) 416-6536
                            Fred.Wen@oag.state.ny.us

## **DECLARATION OF SERVICE**

FREDERICK H. WEN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on August 29, 2008, he served the annexed Notice of Appearance by having it mailed to counsel for the plaintiffs via the United States Postal Service to the following address:

>Stephen N. Dratch, Esq.
>Franzblau Dratch, P.C.
>Plaza One
>354 Eisenhower Parkway
>P.O. Box 472
>Livingston, NJ 07039-0472

>s/ Frederick Wen
>FREDERICK H. WEN (FW-7588)
>Assistant Attorney General
>120 Broadway
>New York, New York 10271
>(212) 416-6536
>Fred.Wen@oag.state.ny.us

Executed on August 29, 2008